## McGraw's Estate.

*Practice, orphans' court—Findings of fact—Counsel fee—Appeal.*
A finding of fact by the orphans' court based on substantial evidence that a counsel fee was proper in amount, will not be reversed on appeal.

Argued January 21, 1921.   Appeal, No. 55, Jan. T., 1921, by Irene McGraw, widow, from decree of O. C.

Philadelphia Co., Oct. T., 1918, No. 315, dismissing exceptions to adjudication, in estate of John J. McGraw, deceased. Before MOSCHZISKER, C. J., WALLING, KEPHART, SADLER and SCHAFFER, JJ. Affirmed.

Exceptions to adjudication of HENDERSON, J.

The opinion of the Supreme Court states the case.

The court dismissed the exceptions, Irene McGraw, widow, appealed.

*Error assigned* was decree, quoting it.

*Henry J. Scott,* with him *Albert T. Hanby,* for appellant.

*Owen J. Roberts,* for appellee, filed no printed brief.

PER CURIAM, February 14, 1921:

This appeal involves an attack upon the amount of counsel fees allowed by the court below. In the words of the orphans' court, the auditing judge was "liberal"; but, again quoting from the court below, we cannot say he was "unduly so," since there was substantial evidence to support the finding of fact which is here attacked.

After reading the testimony, we are not convinced of reversible error.

The decree is affirmed at cost of appellant.